UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>MARJORIE E SHIRK<br><br>　　　　　　　　　　Defendant(s) | CIVIL NO. 19-03986 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

　　　　Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X)　　　　Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )　　　　Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )　　　　Certified mail by Sheriff's Office.
( )　　　　Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )　　　　Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )　　　　Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )　　　　Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )　　　　Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )　　　　Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BY: Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MARJORIE E SHIRK; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 19-03986

Sheriff's Sale Date: 3/4/2020

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARJORIE E SHIRK the above process on the 2 day of December, 2019, at 4:15 o'clock, PM, at 1046 HENN AVE, EPHRATA, PA 17522, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: JOHN RICHIE
Relationship/Title/Position: SPOUSE
Remarks: ___
Description: Approximate Age 31-35  Height 5'8  Weight 185  Race WHITE  Sex MALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: ___

Commonwealth/State of  Pa  ) SS:
County of  Berks  )

Before me, the undersigned notary public, this day, personally, appeared _Denise Hinkle_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-198187
Case ID #:5707685

Subscribed and sworn to before me this 5 day of Dec, 20 19

_Notary Public_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | | Check type of mail or service;<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | |
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | | Postage | Fee | Handling<br>Charge | Actual Value<br>if Registered | Insured<br>Value | Due Sender<br>if COD | DC<br>Fee | SC<br>Fee | SH<br>Fee | RD<br>Fee | RR<br>Fee |
| 1. | | SHIRK, MARJORIE E.<br>26 Highland Court<br>Reinholds, PA 17569 | | Tenants/Occupants<br>26 Highland Court<br>Reinholds, PA 17569 | | | | | | | | | | |
| 2. | | DOMESTIC RELATIONS OF LANCASTER<br>COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | SHIRK, MARJORIE E.<br>1046 Henn Ave.<br>Ephrata, PA 17522 | | | | | | | | | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Health & Welfare<br>Building<br>PO Box 8018<br>Harrisburg, PA 17105 | | West Cocalico Township Authority<br>156 B West Main Street<br>P.O. Box 244<br>Reinholds, PA 17569 | | | | | | | | | | |
| 4. | | West Cocalico Township Authority<br>PO Box 95<br>Reinholds, PA 17569 | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| 7. | | | | | | NOV 27 2019 | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 7

Total Number of Pieces Received at Post Office: 

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

NOS – Kim Brumble

PS Form **3877**, February 2002 (Page 1 of 2)

USA-198187   Lancaster County   Sale Date: 03/04/2020

MARJORIE E SHIRK

U.S. POSTAGE » PITNEY BOWES
ZIP 19106  $ 002.73⁰
02 1W
0001403708 NOV. 27. 2019

See Privacy Act Statement on Reverse

Kim B

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | **Permit Number**<br>123 | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | | |
| | | **Sequence Number**<br>8644-1 | | | **Class of Mail**<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703997554784<br>9171999991703997554784 | Neiswonger, Richard Allen<br>154 Taylor Ave.<br>Falls Creek, PA 15840 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554791<br>9171999991703997554791 | Richard Allen Neiswonger<br>4549 Route 219<br>Brockport, PA 15823 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554807<br>9171999991703997554807 | SHIRK, MARJORIE E.<br>28 Highland Court<br>Reinholds, PA 17569 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554814<br>9171999991703997554814 | SHIRK, MARJORIE E.<br>1046 Henn Ave.<br>Ephrata, PA 17522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554982<br>9171999991703997554982 | Neiswonger, Eugene R., III<br>4549 Route 219<br>Brockport, PA 15823 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997554999<br>9171999991703997554999 | Neiswonger, Eugene R., III<br>154 Taylor Ave<br>Falls Creek, PA 15840 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997555002<br>9171999991703997555002 | Neiswonger, Richard Allen<br>415 Grant Street<br>Reynoldsville, PA 15851 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 7<br>7 | | 4.93<br>4.93 | 33.95<br>33.95 | | | 38.89<br>38.89 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____
Signature of Receiving Employee

Round Stamp _____

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

NOV 27 2019

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>MARJORIE E SHIRK<br><br>                              Defendant(s) | CIVIL NO. 19-03986 |

### AFFIDAVIT PURSUANT TO RULE 3129.1

    THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        26 Highland Court
        Reinholds, PA 17569

1. Name and address of Owner(s) or Reputed Owner(s):

        MARJORIE E SHIRK
        26 Highland Court
        Reinholds, PA 17569

        MARJORIE E SHIRK
        1046 Henn Ave.
        Ephrata, PA 17522

2. Name and address of Defendant(s) in the judgment:

        MARJORIE E SHIRK
        26 Highland Court
        Reinholds, PA 17569

        MARJORIE E SHIRK
        1046 Henn Ave.
        Ephrata, PA 17522

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        DOMESTIC RELATIONS OF LANCASTER COUNTY
        40 East King Street
        PO Box 83479
        Lancaster, PA 17608

      PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
PO Box 8018
Harrisburg, PA 17105

West Cocalico Township Authority
156 B West Main Street
P.O. Box 244
Reinholds, PA 17569

West Cocalico Township Authority
PO Box 95
Reinholds, PA 17569

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

      Tenants/Occupants
26 Highland Court
Reinholds, PA 17569


      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: February 5, 2020

      KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff