**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-03986 |
| DEFENDANT | TYPE OF PROCESS |
| MARJORIE E SHIRK | Handbill |

**SERVE AT**

NAME OF INDIVIDUAL, COMPLANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARJORIE E SHIRK

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
26 Highland Court Reinholds, PA 17569

| SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)

Please post the property by February 3, 2020

| Signature of Attorney other Originator requesting service behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>215-627-1322 | DATE<br>11/26/19 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | Joseph Soh | 1/7/20 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service ☒ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above on the on the individual company, corporation etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company corporation, etc named above (See remark below)

Name and title of individual served (if not shown above)  ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 1/7/2020   Time 0905 ☒ am

Signature of U.S. Marshal or Deputy 1315-M
PUI L - MILLER

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| | 0.575 • 30 = $19.25 | | $17.25 | | ~~$0.00~~ $17.25 |

REMARKS: NOTICE POSTED ON PREMISES. TAPED TO WINDOW.
1 ENDEAVOR, 1 DUSM, 1 HOUR, 30 MILES R/T

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/80