# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 19-03986 |
| DEFENDANT: Marjorie E. Shirk | TYPE OF PROCESS: US Marshals Sale of Real Estate |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marjorie E. Shirk
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
26 Highland Court, Reinholds, PA 17569

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on USA:

FILED MAR 19 2020
By KATE PARKMAN, Clerk
Dep. Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | Joseph Goh | 3/12/20 |

I hereby certify and return that I ☐ have personally served ☐ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 3/4/2020  Time: 11:15 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
RUIL - MILLER 1318m

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund**) |
|---|---|---|---|---|---|
| | 64.575 | | 36.89 | | $0.00  36.80 |

**REMARKS**
US Marshals Sale of premises known as 26 Highland Court, Reinholds, PA 17569. Sale was held at the Lancaster County Courthouse, 50 North Duke Street, Lancaster, PA 17602
1 DUSM  64 MILES R/T

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM 285
Rev. 11/13



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 19-03986

I, ROB MILLER, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

26 HIGHLAND CT. REINHOLDS, PA 17569.

The public sale was held on MARCH 04, 2020

and the highest bidder was MICHAEL NIX

who bid the amount of $ 120,000.—

Rob Miller
Deputy U.S. Marshal
United States Marshals Service
Eastern District of Pennsylvania
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273

U.S. Department of Justice

## BIDDER'S REGISTRATION FORM

NAME: MICHAEL A. NIX

ADDRESS: 90 HERTZOG VALLEY RD.

DENVER PA 17517

PHONE (DAY): 717-629-7506

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

MICHAEL A. NIX

The above is precisely how the name(s) are to appear in the deed

- SECOND NOTICE
. NOTIFY: YES

# BIDDERS REGISTRATION FORM

(PLEASE PRINT NEATLY)

NAME: Mervin S. Garman

ADDRESS: 118 Jeanel Circle

Lititz, Pa 17543

PHONE (DAY): 717-314-6187

BELOW PLEASE PROVIDE THE NAME (s) IN WHICH THE DEED WILL BE REGISTERED, IF YOU ARE A SUCCESSFUL BIDDER.

***** THERE WILL BE NO EXCEPTIONS OR CHANGES*****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

THE DEED IS TO BE PREPARED UNDER THE FOLLOWING NAME (s):

Mervin S. Garman

THE ABOVE IS PRECISELY HOW THE NAME (s) IS TO APPEAR IN THE DEED

U S Department of Justice

## BIDDER'S REGISTRATION FORM

NAME: Randler + Bolinder Real Estate, LLC

ADDRESS: 387 Squire Ln.
Lititz, Pa. 17543

PHONE (DAY): (717) 341-3878 or (717) 682-9933

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes

Randler + Bolinder Real Estate, LLC.
The above is precisely how the name(s) are to appear in the deed

U S Department of Justice

## BIDDER'S REGISTRATION FORM

NAME: John GAINER

ADDRESS: 1226 Kelley DR

Lancaster, PA. 17601

PHONE (DAY): 717-471-9077

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes

---

The above is precisely how the name(s) are to appear in the deed

US Department of Justice

## BIDDER'S REGISTRATION FORM

NAME: Benjamin Siegrist — Bidder.

ADDRESS: 1770 Oregon Pike
Lancaster PA 17601

PHONE (DAY): 717 268-9700 ATTN - Josh Mellinger

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group L.P

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia Field Office

## BIDDER'S REGISTRATION FORM

NAME: Rolland King

ADDRESS: 2938 Columbia Ave. Suite 502

Lancaster PA 17603

PHONE (DAY): 717-201-9063

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

Coastline Capital, LLC

The above is precisely how the name(s) are to appear in the deed

U.S. Department of Justice

BIDDER'S REGISTRATION FORM

NAME: Brandon Leaman

ADDRESS: 289 Conoy Ave
Elizabethtown PA 17022

PHONE (DAY): 717-940-0087

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

BML Real Estate LLC

The above is precisely how the name(s) are to appear in the deed