# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                      Plaintiff<br>v.<br>MARJORIE E SHIRK<br>                      Defendant | Civil Action No: 19-03986 |

## ORDER

AND NOW, this 1st day of June, 2020, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on March 04, 2020 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Michael A. Nix, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of MARJORIE E SHIRK in and to the premises sold located at 26 Highland Court, Reinholds, PA 17569.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                                   /s/ Jeffrey L. Schmehl
                                                                               J.