**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff<br><br> vs.<br><br>MARJORIE E SHIRK<br><br>      Defendant(s) | CIVIL NO. 19-03986 |

**A.  SCHEDULE OF DISTRIBUTION**

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser Michael A. Nix:  $120,000.00

Amount of cash received ............................................................. $120,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2019A58520 .................................................... $120,000.00

                 KML Law Group, P.C.

                 By: /s/Rebecca A. Solarz, Esq.
                 Rebecca A. Solarz, Esquire
                 Suite 5000 – BNY Independence Center
                 701 Market Street
                 Philadelphia, PA  19106-1532
                 (215) 825-6327
                 Original signature not required/electronic filing